ORIGINAL

Jerry J. Jarzombek
714 W. Magnolia Avenue
Fort Worth, Texas 76104
Voice: 817-348-8325
Fax: 817-348-3828

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2011 OCT 27  PM 12: 28

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD S. GARNER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. SCOTT, P.C.,<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No.<br><br>**4-11CV-767-A**<br><br>**COMPLAINT**<br>**and**<br>**DEMAND FOR JURY TRIAL**<br><br>(Unlawful Debt Collection Practices) |

**Preliminary Statement**

1.  Plaintiff, Edward S. Garner ("Garner"), brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), as well as under the Texas Debt Collection Act, Tex. Finance Code § 392.001, *et seq.* ("TDCA") and the Texas Deceptive Trade Practices Act, Subchapter E, Chapter 17, Business & Commerce Code ("DTPA"),to obtain statutory damages, injunctive relief, declaratory relief, and other relief for the Defendant's violations of the FDCPA, the TDCA and the DTPA.

COMPLAINT and DEMAND FOR JURY TRIAL - Page 1

2. Defendant, Michael J. Scott, P.C. ("Scott") attempted to collect a consumer debt allegedly owed by Plaintiff, arising from a purported obligation to Barclays Bank Delaware ("Barclays"). The obligation ("Debt") required Plaintiff to pay money arising out of transactions in which money, property, insurance, or services were the subject thereof and the same were primarily for personal, family, or household purposes. Specifically, the alleged debt arose from a credit card, which was used by the Plaintiff for non-business purposes.

## Jurisdiction and Venue

3. Jurisdiction of this Court attains pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337(a), and the doctrine of supplemental jurisdiction for the TDCA and DTPA claims pursuant to 28 U.S.C. § 1367.

4. Venue in the Northern District of Texas is proper under 28 U.S.C. § 1391(b)-(c) and because the acts and transactions occurred here and the Defendant transacts business here.

## Parties

5. Plaintiff is a citizen of the State of Texas. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3) and Tex. Finance Code § 392.001(1).

6. Scott is an entity engaged in the business of collecting consumer debts in the Northern District of Texas. The principal purpose of Scott's business is the collection of consumer debts using the mails and telephone, and it regularly attempts to collect consumer debts for others. Scott is a "debt collector" as defined by 15 U.S.C. § 1692a(6) and Tex. Finance Code § 392.001(6). Scott is also a "third-party debt collector" as defined by Tex. Finance Code § 392.001(7).

## Factual Allegations

7. On or about July 12, 2011, Scott filed suit on behalf of Barclays in the Justice Court, Precinct Four, of Tarrant County, Texas. Said lawsuit bears Cause No. JP04-11-JS00015562, and is styled *Barclays Bank Delaware v. Edward S. Garner.* (The "State Court Case"). The pleading affirmatively states that Tarrant County is a proper venue for the action "because it is the county of residence for one or more of the defendants at the time the cause of action accrued." The pleading makes no statement about the proper precinct.

8. As to the parties and the Debt, Tarrant County, Texas is not the Plaintiff's 15 U.S.C. § 1692i "district", and it is not the Tex. Civ. Prac. & Rem. Code § 15.092(c) precinct of Plaintiff's residence at the time the cause of action accrued. The Plaintiff was not a resident of Precinct Four of Tarrant County, Texas at the time that the State Court Case was filed, but rather a resident of Precinct Three. Moreover, the Plaintiff signed no contract with Barclays at a time when he was located in Precinct Four of Tarrant County, Texas.

9. On information and belief, Scott maintains a computer database of favorable courts, including justice courts, and files collection cases in more favorable venues without regard to the 15 U.S.C. § 1692i "district", or the Tex. Civ. Prac. & Rem. Code § 15.092(c) precinct.

10. On or about August 28, 2011, Plaintiff's wife found the original petition in the State Court Case lying on the ground near the front door of Plaintiff's home.

11. Finding a lawsuit on the ground is not personal service. Plaintiff, through counsel, filed a motion to quash the citation in the State Court Case. The motion was served on Scott via facsimile on August 1, 2011. A true and accurate copy of the cover letter and facsimile transmission

receipt indicating a successful transmission of the motion to quash are attached hereto as Exhibit A.

12. To transfer the case from Precinct Four to Precinct three of Tarrant County, Plaintiff, through counsel, filed a motion to transfer venue. A true and accurate copy of the cover letter and facsimile transmission receipt indicating a successful transmission of the motion to transfer venue are attached hereto as Exhibit B.

13. On August 15, 2011, Plaintiff, through counsel, provided notice of the time of the hearing on the venue matter. A true and accurate copy of the cover sheet and facsimile transmission receipt indicating a successful transmission of the hearing notice are attached hereto as Exhibit C.

14. By letter dated September 22, 2011, Scott communicated with the Plaintiff. A true and accurate copy of the September 22, 2011 correspondence is attached hereto AS Exhibit D.

15. Exhibit D falsely states that "a trial date has been issued" and urges the Plaintiff to settle the State Court Case, and warns that "if no agreement can be reached, it is our practice to move forward with the lawsuit and potentially obtain a judgment against you in court."

16. Plaintiff was represented by counsel at all times relevant to the September 22, 2011 correspondence from Scott.

17. The September 22, 2011 correspondence also seeks to create a false sense of urgency, by deceiving a putative debtor into settling a case, by falsely claiming that the case was set for trial, and that a judgment could be obtained at the non-existent trial date.

18. The foregoing acts and omissions were undertaken on behalf of the Defendant by its respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

19. The foregoing acts and omissions of the Defendant were undertaken by it willfully, intentionally, knowingly, and/or in gross disregard of the rights of the Plaintiff.

20. The foregoing acts and omissions of the Defendant were undertaken indiscriminately and persistently, as part of Defendant's regular and routine collection efforts, and without regard to or consideration of the identity or rights of the Plaintiff.

### First Claim for Relief

21. The Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs. The Defendant's violations of the FDCPA include, but are not limited to the following:

   a. In violation of 15 U.S.C. § 1692c(a)(2), the Defendant communicated with the Plaintiffs in connection with the collection of a consumer debt after learning that the Plaintiff was represented by an attorney and knew, or could readily ascertain, the attorney's name and address.

   b. In violation of 15 U.S.C. § 1692d, the Defendants engaged in conduct the natural consequence of which was to harass, oppress, or abuse a person in connection with the collection of a debt, which conduct included forum shopping in an effort to obtain the most favorable outcome in the collection of a consumer debt.

   c. In violation of 15 U.S.C. § 1692e, 15 U.S.C. § 1692e (2)(a), 15 U.S.C. § 1692e(10), and the "least sophisticated consumer standard," Defendant used objectively false representations and/or false, deceptive, or misleading representations or means in connection with the collection of a consumer debt, in an effort to create a false sense of urgency.

   d. In violation of 15 U.S.C. 1692e(5) and the "least sophisticated consumer standard," the Defendant threatened to take an action which cannot legally be taken or that is not intended to be taken, by filing a lawsuit in a precinct other than the precinct in which the Plaintiff signed the agreement or resided at the institution of the State Court Case..

  c. In violation of 15 U.S.C. § 1692f, Scott used unfair or unconscionable means to collect or attempt to collect a consumer debt which means included forum shopping in an effort to obtain the most favorable outcome in the collection of a consumer debt.

  d. In violation of 15 U.S.C. § 1692i, the Defendant filed suit in Precinct 4 of Tarrant County, Texas which is a judicial district other than the one in which the Consumer signed a contract sued upon, or in which the Consumer resided at the commencement of the action.

22. Under 15 U.S.C. § 1692k, Defendant's violations of the FDCPA render it liable to Plaintiff for statutory damages, costs, and reasonable attorney's fees.

## Second Claim for Relief

23. The Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs. The Defendant's violations of the TDCA include, but are not limited to the following:

  a. In violation of Tex. Fin. Code § 392.301(a)(8), the Defendant threatened to take (and/or did take) an action prohibited by law.

  b. In violation of Tex. Fin. Code § 392.304(a)(8), the Defendant misrepresented the character of a consumer debt, and the status of the debt in a judicial proceeding.

  c. In violation of Tex. Fin. Code § 392.304(a)(19), Defendant used false representations and deceptive means to collect a consumer debt.

24. Under Tex. Fin. Code Ann. § 392.403, the Defendant's violations of the TDCA render it liable to Plaintiff for statutory damages, injunctive relief, declaratory relief, costs, and reasonable attorney's fees.

### Third Claim for Relief

25. The Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

   a. Pursuant to Tex. Fin. Code Ann. § 392.404, the Defendant's violations of the TDCA also constitute a deceptive trade practice under Subchapter E, Chapter 17, Business & Commerce Code, ("DTPA") and is actionable under that subchapter.

26. Under Tex. Bus. & Com. Code Ann. § 17.50(b)(2), the Defendant's violations of the DTPA render it liable to Plaintiff for injunctive relief and reasonable attorney's fees.

### Prayer for Relief

WHEREFORE, the Plaintiff prays that this Court:

1. Declare that Defendant's actions violate the FDCPA, the TDCA and the DTPA.

2. Enjoin the Defendant's actions which violate the TDCA and the DTPA.

3. Enter judgment in favor of Plaintiff and against Defendant for statutory damages, costs, and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k(a) and/or Tex. Fin. Code Ann. § 392.403 and/or Tex. Bus. & Com. Code § 17.50(d).

4. Grant such further relief as deemed just.

Respectfully submitted,

Jerry J. Jarzombek
Texas Bar No. 10589050
714 W. Magnolia Avenue
Fort Worth, Texas 76104
817-348-8325
817-348-8328 facsimile

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

Respectfully submitted,

Jerry J. Jarzombek
Texas Bar No. 10589050

714 W. Magnolia Avenue
Fort Worth, Texas 76104
817-348-8325
817-348-8328 facsimile

# EXHIBIT A

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC

714 W. MAGNOLIA AVENUE
FORT WORTH, TEXAS 76104

TELEPHONE: 817-348-8325                                                      FACSIMILE: 817-348-8328

August 1, 2011

Court Coordinator
Justice Court – Precinct 4
6713 Telephone Road, Suite 201
Fort Worth, Texas 76135

    Re:    Cause No. JP04-11-JS00015562
             Barclays Bank Delaware vs. Edward S. Garner

Dear Coordinator:

    Enclosed for filing in the above-captioned matter please find the original and one copy of Defendant's Motion to Quash Citation filed subject to his Motion Transfer Venue. Please return a file-marked copy to this office in the enclosed prepaid envelope.

    Thank you for your courtesy.

Sincerely,

JERRY J. JARZOMBEK

JJJ/ac
Enclosures

cc:    *VIA FAX: ((214) 234-8454*
        Mr. Michael J. Scott
        MICHAEL J. SCOTT, P.C.
        P.O. Box 115220
        Carrollton, Texas 75011

TX Report

P  1
08/01/2011 08:49
Serial No.  331113627
TC:  187881

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 12142348454 | 08-01 08:47 | 00:01:56 | 005/005 | OK | L1 |

Note  L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX,
MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX,
BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Confidential,
BUL:Bulletin, SIP:SIP-Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
LOVR:Receiving length Over, POVER:Receiving page Over, FIL:File Error,
DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC
### 714 W. MAGNOLIA
### FORT WORTH, TEXAS 76104
### 817-348-8325        FAX 817-348-8328

**FACSIMILE TRANSMITTAL SHEET**

| TO: Michael J. Scot | FROM: Jerry J. Jarzombek |
|---|---|
| COMPANY: MICHAEL J. SCOTT, P.C. | DATE: 08/01/11 |
| FAX NUMBER: (214) 234-8454 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Barclays Bank Delaware vs. Edward S. Garner | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**
Original will not follow:  Defendant's Motion to Quash Citation

Please call to report transmission problems.

This is a privileged and confidential communication and is transmitted for the exclusive information and use of the addressee.  Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee.  If you have received this communication in error, please notify us immediately.  Thank you

# EXHIBIT B

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC

714 W. MAGNOLIA AVENUE
FORT WORTH, TEXAS 76104

TELEPHONE: 817-348-8325                          FACSIMILE: 817-348-8328

August 1, 2011

Court Coordinator
Justice Court – Precinct 4
6713 Telephone Road, Suite 201
Fort Worth, Texas 76135

      Re:    Cause No. JP04-11-JS00015562
               Barclays Bank Delaware vs. Edward S. Garner

Dear Coordinator:

      Enclosed for filing in the above-captioned matter please find the original and one copy of Defendant's Motion to Transfer Venue and proposed Order.

      Please present these documents to the Judge for review. If no hearing is necessary, kindly return a file-marked copy of the Motion and conformed Order to this office in the enclosed envelope. Otherwise, please return a copy of the Motion, indicating the hearing date on the Fiat. Kindly allow 45 days notice for the hearing.

      Thank you for your courtesy.

Sincerely,

JERRY J. JARZOMBEK

JJJ/ac
Enclosures

      cc:    ***VIA FAX: ((214) 234-8454***
               Mr. Michael J. Scott
               MICHAEL J. SCOTT, P.C.
               P.O. Box 115220
               Carrollton, Texas 75011

TX Report

P    1
08/01/2011 08:47
Serial No.   331113627
TC:     187880

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 12142348454 | 08-01 08:44 | 00:02:33 | 006/006 | OK | L1 |

Note    L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX,
        MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX,
        BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Confidential,
        BUL:Bulletin, SIP:SIP-Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
        TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
        Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
        LOVR:Receiving length Over, POVER:Receiving page Over, FIL:File Error,
        DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

## THE LAW OFFICE OF JERRY JARZOMBEK, PLLC
714 W. MAGNOLIA
FORT WORTH, TEXAS 76104
817-348-8325        FAX 817-348-8328

### FACSIMILE TRANSMITTAL SHEET

| TO: Michael J. Scot | FROM: Jerry J. Jarzombek |
|---|---|
| COMPANY: MICHAEL J. SCOTT, P.C. | DATE: 08/01/11 |
| FAX NUMBER: (214) 234-8454 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Barclays Bank Delaware vs. Edward S. Garner | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Original will not follow: Defendant's Motion to Transfer Venue

Please call to report transmission problems.

This is a privileged and confidential communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you have received this communication in error, please notify us immediately. Thank you

# EXHIBIT C

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC

714 W. MAGNOLIA
FORT WORTH, TEXAS 76104
817-348-8325      FAX 817-348-8328

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michael J. Scot | Jerry J. Jarzombek |
| **COMPANY:** | **DATE:** |
| MICHAEL J. SCOTT, P.C. | 08/15/11 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (214) 234-8454 | 1 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Barclays Bank Delaware vs. Edward S. Garner | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Original will not follow by mail.

PLEASE BE ADVISED THAT A HEARING HAS BEEN SET AT 9:00 A.M. ON OCTOBER 10, 2011 IN JUSTICE OF THE PEACE COURT, PRECINCT 4 OF TARRANT COUNTY, TEXAS ON DEFENDANT'S MOTION TO TRANSFER VENUE.

Please call to report transmission problems.

This is a privileged and confidential communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you have received this communication in error, please notify us immediately. Thank you

TX Report

P 1
08/15/2011 19:01
Serial No. 331113627
TC: 188934

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 12142348454 | 08-15 19:01 | 00:00:33 | 001/001 | OK | L1 |

Note L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX,
MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX,
BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Confidential,
BUL:Bulletin, SIP:SIP-Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
LOVR:Receiving length Over, POVER:Receiving page Over, FIL:File Error,
DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC
714 W. MAGNOLIA
FORT WORTH, TEXAS 76104
817-348-8325       FAX 817-348-8328

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michael J. Scot | Jerry J. Jarzombek |
| **COMPANY:** MICHAEL J. SCOTT, P.C. | **DATE:** 08/15/11 |
| **FAX NUMBER:** (214) 234-8454 | **TOTAL NO. OF PAGES INCLUDING COVER:** 1 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| **RE:** Barclays Bank Delaware vs. Edward S. Garner | **YOUR REFERENCE NUMBER:** |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Original will not follow by mail.

PLEASE BE ADVISED THAT A HEARING HAS BEEN SET AT 9:00 A.M. ON OCTOBER 10, 2011 IN JUSTICE OF THE PEACE COURT, PRECINCT 4 OF TARRANT COUNTY, TEXAS ON DEFENDANT'S MOTION TO TRANSFER VENUE.

Please call to report transmission problems.

This is a privileged and confidential communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you have received this communication in error, please notify us immediately. Thank you

# EXHIBIT D

**Michael J Scott, PC**
Attorneys and Counselors at Law
1120 Metrocrest Dr., Ste. 100
Carrollton, Texas 75006

September 22, 2011 (285688)

Edward S. Garner
14041 Voss Ave
Keller, TX 76244

    Re:    *Barclays Bank Delaware v. Edward S. Garner*
              Cause No. JP04-11-JS00015562 in the Justice Court, Precinct 4 Place 1, Tarrant

Dear Mr. Garner:

Our client has retained this firm and has authorized us to file a lawsuit to resolve this matter. We have received notification by the court that a trial date has been issued. Our client is still interested in negotiating a settlement prior to the current trial setting. In order to reach a settlement, our client is willing to stop any additional interest from being compounded to the account. If no agreement can be reached, it is our practice to move forward with the lawsuit and potentially obtain a judgment against you in court.

Additionally, please note that at Michael J. Scott, P.C. we are willing to work with you to obtain a reasonable and flexible payment arrangement. If you have already signed a Settlement Agreement for this account with our office, please disregard this notice.

If you would like to discuss your settlement options and avoid the trial setting, please call (469) 568-8714.

Thank you for your attention to this matter,

*[signature]*

Cody Williams
Settlement Specialist

### LEGAL NOTICE

IN ACCORDANCE WITH 15 U.S.C. 1692E(11), PLEASE BE ADVISED THAT THIS LETTER IS FROM A DEBT COLLECTOR AND THE PURPOSE OF THIS LETTER IS TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.

---

**Michael J Scott, PC**
Tel: (214) 234-8456 ● 1120 Metrocrest Dr., Ste. 100, Carrollton, Texas 75006 ● Fax: (214) 234-8454

%JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

U.S. DISTRICT RECEIVED
FORT WORTH DIVISION
2011 OCT 27 PM 12:28
CLERK OF COURT

## I. (a) PLAINTIFFS
EDWARD S. GARNER

**DEFENDANTS**
MICHAEL J. SCOTT

(b) County of Residence of First Listed Plaintiff   **TARRANT**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jerry J. Jarzombek, The Law Office of Jerry Jarzombek, PLLC, 714 W. Magnolia Ave., Fort Worth, Texas 76104; (817) 348-8325

Attorneys (If Known)
4-11CV-767-A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1692, et seq.

Brief description of cause:
Unlawful debt collection

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,000.00 +

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 10/26/2011

SIGNATURE OF ATTORNEY OF RECORD  /s/ Jerry Jarzombek

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____